UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
--------------------------------------------------------------x
DAVID FROST,                                    :
                              Plaintiff,        :
                                                :
v.                                              :
                                                :
LENTEX COMPANY, LLC and EMILY                   :
FALENCKI,                                       :
                              Defendants.       :
--------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/4/21

**ORDER**

20 CV 5313 (VB)

As discussed at a conference held today and attended by counsel for all parties, it is HEREBY ORDERED:

1.      If defendants intend to move for summary judgment, by **October 18, 2021**, they shall file a letter-motion in accordance with Judge Briccetti's Individual Practices Paragraph 2(B)(ii).  Plaintiffs' response to this letter-motion, also in accordance with Judge Briccetti's Individual Practices Paragraph 2(B)(ii), is due **October 26, 2021**.

2.      The next status conference in this case is scheduled for **November 8, 2021, at 3:30 p.m., which will be conducted in person in the Courthouse, Room 620**.  This conference shall also serve as the pre-motion conference if the parties have filed the letters described in paragraph 1.

3.      The parties shall discuss settlement in good faith.  If the parties agree a settlement conference in front of Magistrate Judge McCarthy would be productive, they shall write a letter to Judge Briccetti requesting the case be referred to her for a settlement conference.  If appropriate, the Court will then adjourn the relevant above dates.

Dated: October 4, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge