UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
DAVID FROST,

                Plaintiff,

v.

LENTEX COMPANY, LLC and EMILY
FALENCKI,

                Defendants.
--------------------------------------------------------------x

**ORDER**

20 CV 5313 (VB)

As discussed at a conference held today and attended by counsel for all parties, it is HEREBY ORDERED:

1. Defendants' motion for summary judgment, if any, is due May 17, 2022.

2. Plaintiff's opposition to defendants' motion for summary judgment is due June 17, 2022.

3. Defendants' reply in support of their motion for summary judgment is due July 1, 2022.

Dated: March 16, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge