UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
DAVID FROST,
                Plaintiff,

v.                                      **ORDER**

LENTEX COMPANY, LLC, and       20 CV 5313 (VB)
EMILY FALENCKI,
                Defendants.
--------------------------------------------------------------x

      As discussed at a conference held on the record today, attended by counsel for all parties, it is HEREBY ORDERED:

      1.     By separate Order of Reference, this case will be referred to Magistrate Judge Judith C. McCarthy for a settlement conference.

      2.     A case management conference is scheduled for **May 23, 2023, at 10:00 a.m.**, at the White Plains courthouse, Courtroom 620.

Dated: February 14, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge