UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

DAVID FROST,

        Plaintiff,

    -against-

LENTEX COMPANY, LLC and
EMILY FALENCKI, INDIVIDUALLY,

        Defendant.

------------------------------------------------------X

PARTIAL JUDGMENT

CIVIL ACTION NO.:
7:20-CV-05313(VLB)

5/15/23

    WHEREAS, a Notice of Acceptance of Defendants' Offer of Judgment having been filed by Plaintiff David Frost ("Plaintiff") on May 11, 2023 accepting the offer of Lentex Company, LLC and Emily Falencki (collectively, "Defendants") to allow entry of a judgment against them in favor of Plaintiff in the above-captioned action in the amount of ten thousand dollars ($10,000.00) for all claims for relief and damages made herein pursuant to the Fair Labor Standards Act, inclusive of all costs, attorneys' fees, prejudgment interest, and any other expenses accrued to date by Plaintiff in prosecuting those claims in this action, and in full and final resolution of those claims against the Defendants arising out of, alleged in, or related to, the facts and transactions alleged in the above-captioned action; now, it is therefore

    ORDERED AND ADJUDGED that judgment is hereby entered in favor of Plaintiff against all Defendants in the total amount of ten thousand dollars ($10,000.00), and which sums include all costs, attorneys' fees, prejudgment interest, and any other expenses accrued to date by Plaintiff in prosecuting claims for relief and damages made herein pursuant to the Fair Labor Standards Act, in full and final resolution, with prejudice, of those claims against the Defendants arising out of, alleged in, or related to, the facts and transactions alleged in this action.

24070499

Dated: New York, New York
May 15, 2023

*[Signature]*

Vincent L. Briccetti
United States District Judge

> By 5/22/2023, the parties shall file a stipulation of dismissal.
>
> SO ORDERED:
>
> *[Signature]*
>
> Vincent L. Briccetti, U.S.D.J.
> May 15, 2023

24070499